# United States Court of Appeals
## For the Eighth Circuit

_____

No. 17-3529
_____

Chester S. Vaughn

*Plaintiff - Appellant*

v.

Warden James Hoot Gibson, Ouachita River Correctional Unit (ORCU); Assistant Warden A. Jackson, ORCU; Discip. Hrg Officer Justine Minor, Arkansas Department of Correction (ADC), Central Office; Lieutenant Seth Maxwell, ORCU; Deputy Director Dexter Payne, ADC, Central Office; Officer T. Stougenburg, ORCU

*Defendants - Appellees*
_____

Appeal from United States District Court
for the Western District of Arkansas - Hot Springs
_____

Submitted: May 7, 2018
Filed: May 8, 2018
[Unpublished]
_____

Before WOLLMAN, BOWMAN, and BENTON, Circuit Judges.
_____

PER CURIAM.

Arkansas inmate Chester S. Vaughn appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 action for failure to state a claim. Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

Upon de novo review of Vaughn's appellate arguments and the district court record, this court finds no basis for reversal. *See Moore v. Sims*, 200 F.3d 1170 (8th Cir. 2000) (per curiam) (pre-service dismissal under 28 U.S.C. § 1915(e)(2) is reviewed de novo).

The judgment of the district court is affirmed. *See* 8th Cir. R. 47B. Vaughn's pending motions are denied as moot.

_____

[1]The Honorable P. K. Holmes, III, Chief Judge, United States District Court for the Western District of Arkansas.